IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SERGIO AGUSTINE MARIN                                                            PLAINTIFF

v.                           Civil No. 08-2056

LT. VENA CUPP, Administrator,
Crawford County Detention Center                                                 DEFENDANT

### O R D E R

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **June 30, 2009**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 23rd day of March 2009.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE