IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SERGIO AGUSTINE MARIN                                         PLAINTIFF

v.                          Case No. 08-2056

LT. VENA CUPP, Administrator,
Crawford County Detention Center                              DEFENDANT

### ORDER

Now on this 10th day of September 2010, there comes on for consideration the report and recommendation filed herein on August 18, 2010, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 28). No objections to the report and recommendation were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion for Summary Judgment (doc. 20) is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**